830

No. 366. AMERICAN INVESTORS FUND, INC. *v.* FOGEL ET AL. C. A. 2d Cir. Certiorari denied. *Clendon H. Lee* for petitioner.

No. 375. LICAVOLI *v.* OHIO. Sup. Ct. Ohio. Certiorari denied. *Moses Krislov, P. D. Maktos* and *John Maktos* for petitioner.

No. 381. LOCAL UNION No. 721, UNITED PACKINGHOUSE, FOOD & ALLIED WORKERS, AFL–CIO *v.* NEEDHAM PACKING CO., DBA SIOUX CITY DRESSED BEEF. Sup. Ct. Iowa. Certiorari denied. *Eugene Cotton, Richard F. Watt* and *Harry H. Smith* for petitioner. *Stuart Rothman, Robert D. Larsen, Jesse E. Marshall* and *James A. Gilker* for respondent.

No. 392. BRUSH ET AL., DBA BRUSH & BLOCH *v.* REPUBLIC OF CUBA ET AL. C. A. 2d Cir. Certiorari denied. *Jac M. Wolff* for petitioners. *Leonard B. Boudin* and *Victor Rabinowitz* for respondents.

No. 395. MOTOROLA, INC. *v.* ARMSTRONG, EXECUTRIX. C. A. 7th Cir. Certiorari denied. *Foorman L. Mueller, Eugene Gressman* and *Francis G. Cole* for petitioner. *Dana M. Raymond, George B. Turner* and *George N. Hibben* for respondent.

No. 403. SOUTHERN RAILWAY CO. *v.* CHAMBERS ET AL. C. A. 6th Cir. Certiorari denied. *Charles A. Horsky* for petitioner. *Frank J. Dougherty, Jr.,* for respondents.

No. 404. DESTASIO *v.* NEW JERSEY. Sup. Ct. N. J. Certiorari denied. *Michael A. Querques* for petitioner.